UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBRAHIM RAHMAN,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, et al.,

Defendants.

CASE NO. 2:26-cv-00492-JNW

ORDER DENYING RECONSIDERATION

On March 19, 2026, the Court denied Plaintiff Ibrahim Rahman's motion for a temporary restraining order ("TRO"). Dkt. No. 27. Raman now moves for reconsideration. Dkt. No. 28.

"Motions for reconsideration are disfavored," LCR 7(h)(1), and "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Marlyn Natraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999)). "Whether . . . to grant reconsideration is

ORDER DENYING RECONSIDERATION - 1

committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Rahman's motion for reconsideration largely reprises the same arguments the Court has already considered and rejected in denying the TRO. The motion also raises arguments that Rahman could have raised in his TRO motion but did not. Even considering those arguments, the Court finds no basis to reconsider its order.

Accordingly, the Court DENIES the motion for reconsideration. Dkt. No. 28.

Dated this 23rd day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING RECONSIDERATION - 2