UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM RAHMAN, | CASE NO. 2:26-cv-00492-JNW |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendants. | |

The Court addresses several pending motions in this matter. First, Defendants' motion to dismiss at Dkt. No. 5 is DENIED AS MOOT, as Plaintiff Rahman has filed an amended complaint, and Defendants have separately moved to dismiss that amended complaint. Second, on a finding of good cause, the Court GRANTS Defendants' motion to file an overlength brief. Dkt. No. 22. Third, consistent with the Court's prior order, Dkt. No. 27, the Clerk of the Court is DIRECTED to re-note Rahman's motion for judicial notice, Dkt. No. 11, to April 13, 2026.

Finally, Rahman's motion to expedite, Dkt. No. 19, is GRANTED IN PART. Although motions to expedite have been abolished in this district, the Court finds

**ORDER** - 1

good cause to shorten the briefing schedule on Rahman's mot to remand given the circumstances present here, including the scheduled nonjudicial foreclosure sale of Rahman's home. Defendants must respond by March 27, 2026, and Rahman must file any reply by 9:00 a.m. on March 30, 2026. The Clerk of the Court is DIRECTED to re-note Rahman's motion to remand, Dkt. No. 16, to March 30, 2026.

IT IS SO ORDERED.

Dated this 25th day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2